

No. 17–0187/AR. U.S. v. Brian G. Short. CCA 20150320. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER GOVERNMENT COUNSEL COMMITTED PROSECUTORI-AL MISCONDUCT WHEN THEY MADE IMPROPER ARGUMENT AF-TER REPEATEDLY ELICITING INADMISSIBLE TESTIMONY.

Briefs will be filed under Rule 25.

No. 17–0200/AR. U.S. v. Carlos A. Gonzalez–Gomez. CCA 20121100. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER DILATORY POST–TRIAL PROCESSING VIOLATED AP-PELLANT'S DUE PROCESS RIGHTS AND WARRANTS RELIEF WHEN 782 DAYS ELAPSED BETWEEN DOCKETING AT THE ARMY COURT AND OPINION.

Briefs will be filed under Rule 25.

No. 17–0203/AR. U.S. v. David L. Jerkins. CCA 20140071. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY ALLOWING A GENERAL OFFICER MEMORANDUM OF REPRI-MAND INTO SENTENCING EVIDENCE WHERE THE REPRIMAND WAS ISSUED TWO WEEKS BEFORE THE COURT–MARTIAL AND CONTAINED HIGHLY PREJUDICIAL AND MISLEADING LAN-GUAGE.

Briefs will be filed under Rule 25.

No. 16–0599/AR. U.S. v. Jared D. Herrmann. CCA 20131064. On consideration of the motion filed by Professor Lauren E. Bartlett to appear pro hac vice as counsel of record for *amicus curiae* Christopher M. Calpin, and motion by *amicus curiae* Christopher M. Calpin to submit oral argument, it is ordered that said motions are

hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.

No. 17–0153/AR.   United States, Appellant v. Edward J. Mitchell II, Appellee. CCA 20150776.   On consideration of the motion filed by Professor Jimmy Gurulé to appear pro hac vice as counsel of record for *amicus curiae* Sean Patrick Flynn and Alyssa Hughes, motion to submit oral argument by Notre Dame law Students in support of Appellant, and motion to submit a corrected *amicus curiae* brief, it is ordered that said motions are hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.

Wednesday, March 22, 2017

No. 17–0153/AR.   U.S. v. Edward J. Mitchell II.   CCA 20150776.   On consideration of the motion filed by Professor Stephen F. Smith to appear pro hac vice as counsel of record for *amicus curiae* Dominic Barceleau, and motion to submit oral argument by student on behalf of Appellee, it is ordered that said motions are hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.

Thursday, March 23, 2017

